No. 14. Ex parte Suárez.—Apelación procedente de la Corte de Distrito de San Juan. Resuelto en febrero 17, 1904. Se declaró desierto el recurso por no haber comparecido en tiempo la parte apelante. Abogado del apelante: *Sr. Cruz Castro*.

No. 16. Arruza *v.* Maldonado.—Apelación procedente de la Corte de Distrito de Ponce. Resuelto en febrero 24, 1904. Se declaró desierto el recurso por no haber comparecido la parte apelante. Abogado del apelado: *Sr. Casalduc*.

No. 88. Cerecedo Hermanos y Ca. *v.* Gely et al.—Apelación procedente de la Corte de Distrito de San Juan. Resuelto en febrero 27, 1904. Desistido a instancia de la parte apelante. Abogados de los apelantes: *Sres. Díaz* y *Texidor*.

No. 3.—American Colonial Bank, Recurrente, *v.* El Registrador, Recurrido.—Recurso gubernativo contra resolución del Registrador de la Propiedad de Caguas. Resuelto en febrero 26, 1904. Revocada con instrucciones al Registrador de la Propiedad para que proceda a hacer la inscripción denegada gratuitamente, reintegrando al recurrente las cantidades que le hubiera cobrado por segunda vez al ser presentada nuevamente la escritura en el registro, asi como los demás gastos que se le han ocasionado con motivo de la nueva negativa del registro a inscribir dicha escritura, siempre que no excedan de $20 y se aperciba seriamente al registrador de ser tratado como hecho de desacato, si en lo sucesivo incurriere en otro caso de desobediencia a las resoluciones de esta corte. Abogado del recurrente, Sr. Juan de Guzman Benítez. El Registrador Luis Abella Bastón compareció por escrito.